UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

November 05, 2020

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　v.

JOE MORRIS THOMPSON,

　　　　　　　Defendant.

Case No.  2:20-mj-166-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:　　UNITED STATES MARSHAL:

　　This is to authorize and direct you to release  _JOE MORRIS THOMPSON_ ,

Case No. _2:20-mj-166-JDP_  Charge _18 USC § 3583_ , from custody for the following

reasons:

　　　　　　　__X__　Release: On previously imposed conditions of sup. release

　　　　　　　_____　Bail Posted in the Sum of $ _____

　　　　　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　　　　　_____　Appearance Bond with Surety

　　　　　　　　　　_____　Corporate Surety Bail Bond

　　　　　　　　　　**(Other):** **To be released at 9 AM on 11/6/2020 and**
　　　　　　X　　**ordered to report immediately to the US Marshal's**
　　　　　　　　　　**Office at 501 I Street, Sacramento, CA for**
　　　　　　　　　　**processing.**

　　Issued at Sacramento, California on November 05, 2020 at __2:55 pm___.

_____

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE